FRED ASHWORTH, Respondent, *v.* ABRA BUILDING CORP., Appellant.

Supreme Court, Appellate Term, First Department, June 30, 1941.

*Samuel Donald Kapler*, for the appellant.

*Harold J. McAuley*, for the respondent.

PER CURIAM   It was error to allow costs where the plaintiff first appeared in person, and, although he was represented at the trial by counsel, no notice of appearance was served or filed until after completion of trial.   (Mun. Ct. Rules, rule XI.)

Judgment modified by reducing same to $97.50, and as modified affirmed with fifteen dollars costs to respondent.

Order reversed, and motion denied.

All concur.   Present — HAMMER, SHIENTAG and MILLER, JJ.